**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JORGE GARCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 18-cv-1384 |
| v. ) | |
| ) | Judge: Manish S. Shah |
| MIRAMED REVENUE GROUP, LLC; and ) | |
| DOES 1-10, inclusive, ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant, MIRAMED REVENUE GROUP, LLC (hereinafter "Miramed" or "Defendant"), by and through their attorneys Nabil G. Foster and Lindsey A.L. Conley of Hinshaw & Culbertson LLP, pursuant to Federal Rule of Civil Procedure 56, hereby move that summary judgment be entered in its favor and against Plaintiff as to all claims asserted in the Amended Complaint. In support of its Motion, Defendant incorporates by reference the arguments made and the authorities cited in its Memorandum of Law in Support of its Motion for Summary Judgment filed contemporaneously with this Motion.

WHEREFORE, Defendant, MIRAMED REVENUE GROUP, LLC, respectfully requests that this Court enter its Order granting summary judgment in Defendant's favor and against Plaintiff on all claims asserted in the Amended Complaint and that judgment be entered thereon pursuant to Federal Rule of Civil Procedure 56.

Respectfully submitted,

HINSHAW & CULBERTSON LLP

/s/*Nabil G. Foster*
Nabil G. Foster

303391254v1 1007831

Nabil G. Foster
Lindsey A.L. Conley
HINSHAW & CULBERTSON LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601-1081
Telephone: 312-704-3000
Facsimile: 312-704-3001
nfoster@hinshawlaw.com
lconley@hinshawlaw.com

## **CERTIFICATE OF SERVICE**

I, Nabil G. Foster, an attorney, certify that I shall cause to be served a copy of **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** upon the following individual(s), by deposit in the U.S. mail box at 151 North Franklin Street, Chicago, Illinois 60606, postage prepaid, messenger delivery, Federal Express, facsimile transmitted from (312) 704-3001, or electronically via the Case Management/Electronic Case Filing System ("ECF") as indicated, this on March 18, 2019.

| | | |
|---|---|---|
| _X_ | CM/ECF | *Attorneys for Plaintiff(s)* |
| ___ | Facsimile | Sergei Lemberg |
| ___ | Federal Express | LEMBERG LAW, L.L.C. |
| ___ | E-Mail | 43 Danbury Road, 3rd Floor |
| ___ | Messenger | Wilton, CT 06897 |
| | | Phone: (203) 653-2250 |
| | | Fax: (203) 653-3424 |
| | | Email: slemberg@lemberglaw.com |

Katherine Ann Rehan
KATHERINE A. REHAN ATTORNEY AT LAW
123 N. Des Plaines Street, Apt. 101
Chicago, IL 60661
Phone: (312) 445-6464
Email: katy@illinoisattorney.com

Nabil G. Foster
Lindsey A.L. Conley
HINSHAW & CULBERTSON LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Telephone: 312-704-3000
Facsimile: 312-704-3001
nfoster@hinshawlaw.com
lconley@hinshawlaw.com

*/s Nabil G. Foster*
Nabil G. Foster
One of the Attorneys for Defendant

303391254v1 1007831